**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**    **Docket No.**    2:20-cr-00607-SVW

**Defendant**    William Gampel    **Social Security No.**    N  O  N  E

**akas:**    Gampel, William Marcos    (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

|  | **MONTH** | **DAY** | **YEAR** |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 10 | 21 | 2024 |

**COUNSEL**    Adam Olin, DFPD
(Name of Counsel)

**PLEA**    [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.    [ ] **NOLO CONTENDERE**    [ ] **NOT GUILTY**

**FINDING**    There being a finding of **GUILTY,** defendant has been convicted as charged in the Indictment of the offense(s) of:

**Wire Fraud, Aiding and Abetting in violation of 18 U.S.C. §§ 1343, 2(a) as charged in Count Seven**

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **TIME-SERVED**

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. The defendant shall cooperate in the collection of a DNA sample from the defendant.

3. The defendant shall comply with the immigration rules and regulations of the United States, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally.

4. The defendant shall submit the defendant's person, property, house, residence, vehicle, papers, computers, cell phones, other electronic communications or data storage devices or media, email accounts, social media accounts, cloud storage accounts, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

5. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any other financial gains to the Court-ordered financial obligation.

The defendant is ordered to pay restitution in the amount of $850,843.22. The restitution order shall be paid as set forth in the victim list attached to this judgment which is found in the letter to this court of October 14, 2024 from the probation office.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

Within two days, the Court orders the defendant released into the custody of the U.S. Immigration and Customs Enforcement (ICE).

The defendant is advised of his rights on appeal.

USA vs.    William Gampel                                    Docket No.:    2:20-cr-00607-SVW

The Court grants the government's motion to dismiss all remaining counts.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

October 21, 2024
_____
Date

_____
STEPHEN V. WILSON, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

October 21, 2024
_____
Filed Date

By    *PM Cruz*
_____
Deputy Clerk

The defendant must comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant must not commit another federal, state, or local crime;
2. The defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer;
3. The defendant must report to the probation office as instructed by the court or probation officer;
4. The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer;
5. The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct;
6. The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence;
7. The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision and observed in plain view by the probation officer;
8. The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change;

9. The defendant must not knowingly associate with any persons engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation;
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon;
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court;
14. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

USA vs.  William Gampel                              Docket No.:  2:20-cr-00607-SVW

---

[X]  The defendant must also comply with the following special conditions (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1). Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996. Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to "Clerk, U.S. District Court." Each certified check or money order must include the case name and number. Payments must be delivered to:

United States District Court, Central District of California
Attn: Fiscal Department
255 East Temple Street, Room 1178
Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney's Office. 18 U.S.C. § 3613.

The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

Payments will be applied in the following order:

1. Special assessments under 18 U.S.C. § 3013;
2. Restitution, in this sequence (under 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, under 18 U.S.C. § 3663(c); and
5. Other penalties and costs.

## CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS

As directed by the Probation Officer, the defendant must provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

When supervision begins, and at any time thereafter upon request of the Probation Officer, the defendant must produce to the Probation and Pretrial Services Office records of all bank or investments accounts to which the defendant has access, including any business or trust accounts. Thereafter, for the term of supervision, the defendant must notify and receive approval of the Probation Office in advance of opening a new account or modifying or closing an existing one, including adding or deleting signatories; changing the account number or name, address, or other identifying information affiliated with the account; or any other modification. If the Probation Office approves the new account, modification or closing, the defendant must give the Probation Officer all related account records within 10 days of opening, modifying or closing the account. The defendant must not direct or ask anyone else to open or maintain any account on the defendant's behalf.

The defendant must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs.   William Gampel                                    Docket No.:   2:20-cr-00607-SVW

---

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____                                    Deputy Marshal
Date

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____                                    Deputy Clerk
Filed Date

---

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____                          _____
            Defendant                                                      Date

_____                                    _____
U. S. Probation Officer/Designated Witness                              Date

1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

December 1, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calhins* DEPUTY

8   UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14

IN THE MATTER OF ADOPTION OF
STANDARD CONDITIONS OF
PROBATION AND SUPERVISED
RELEASE AND SENTENCING
ORDERS AND CONDITIONS OF
PROBATION AND SUPERVISED
RELEASE PERTAINING TO
FINANCIAL SANCTIONS

)
)
)
)
)
)
)
)
)

SECOND AMENDED GENERAL
ORDER NO. 20-04

(Supersedes General Order No.18-10)

15   This General Order supersedes General Order No. 18-10. IT IS HEREBY

16 ORDERED that the Judges of the Central District of California adopt: (1) the standard

17 conditions of probation and supervised release set forth in Section I, below, to apply in

18 every case in which probation or supervised release is imposed; (2) the sentencing

19 orders set forth in Section II, below, to apply in every case in which a fine or

20 restitution has been ordered; and (3) the conditions of probation and supervised release

21 set forth in Section III, below, to apply in every case in which probation or supervised

22 release is imposed in addition to the imposition of a fine or restitution. The presiding

23 judge may impose any other conditions the judge deems advisable, consistent with

24 existing or future law, in individual cases of supervision.

25 **I.   STANDARD CONDITIONS OF PROBATION AND SUPERVISED**

26    **RELEASE**

27    1)   The defendant must not commit another federal, state, or local crime;

28    2)   The defendant must report to the probation office in the federal judicial

Second Amended General Order No. 20-04

district of residence within 72 hours of imposition of a sentence of
probation or release from imprisonment, unless otherwise directed by the
probation officer;

3)  The defendant must report to the probation office as instructed by the
court or probation officer;

4)  The defendant must not knowingly leave the judicial district without first
receiving the permission of the court or probation officer;

5)  The defendant must answer truthfully the inquiries of the probation
officer, unless legitimately asserting his or her Fifth Amendment right
against self-incrimination as to new criminal conduct;

6)  The defendant must reside at a location approved by the probation officer
and must notify the probation officer at least 10 days before any
anticipated change or within 72 hours of an unanticipated change in
residence or persons living in defendant's residence;

7)  The defendant must permit the probation officer to contact him or her at
any time at home or elsewhere and must permit confiscation of any
contraband prohibited by law or the terms of supervision and observed in
plain view by the probation officer;

8)  The defendant must work at a lawful occupation unless excused by the
probation officer for schooling, training, or other acceptable reasons and
must notify the probation officer at least ten days before any change in
employment or within 72 hours of an unanticipated change;

9)  The defendant must not knowingly associate with any persons engaged in
criminal activity and must not knowingly associate with any person
convicted of a felony unless granted permission to do so by the probation
officer. This condition will not apply to intimate family members, unless
the court has completed an individualized review and has determined that
the restriction is necessary for protection of the community or

2

Second Amended General Order No. 20-04

1      rehabilitation;

2     10)   The defendant must refrain from excessive use of alcohol and must not

3          purchase, possess, use, distribute, or administer any narcotic or other

4          controlled substance, or any paraphernalia related to such substances,

5          except as prescribed by a physician;

6     11)   The defendant must notify the probation officer within 72 hours of being

7          arrested or questioned by a law enforcement officer;

8     12)   For felony cases, the defendant must not possess a firearm, ammunition,

9          destructive device, or any other dangerous weapon;

10    13)   The defendant must not act or enter into any agreement with a law

11         enforcement agency to act as an informant or source without the

12         permission of the court;

13    14)   The defendant must follow the instructions of the probation officer to

14         implement the orders of the court, afford adequate deterrence from

15         criminal conduct, protect the public from further crimes of the defendant;

16         and provide the defendant with needed educational or vocational training,

17         medical care, or other correctional treatment in the most effective manner.

18 **II.**   **STATUTORY PROVISIONS PERTAINING TO PAYMENT AND**

19     **COLLECTION OF FINANCIAL SANCTIONS**

20     1)    The defendant must pay interest on a fine or restitution of more than

21         $2,500, unless the court waives interest or unless the fine or restitution is

22         paid in full before the fifteenth (15th) day after the date of the judgment

23         under 18 U.S.C. § 3612(f)(1).  Payments may be subject to penalties for

24         default and delinquency under 18 U.S.C. § 3612(g).  Interest and penalties

25         pertaining to restitution, however, are not applicable for offenses

26         completed before April 24, 1996.  Assessments, restitution, fines,

27         penalties, and costs must be paid by certified check or money order made

28         payable to "Clerk, U.S. District Court."  Each certified check or money

3

Second Amended General Order No. 20-04

order must include the case name and number. Payments must be delivered to:

United States District Court, Central District of California

Attn: Fiscal Department

255 East Temple Street, Room 1178

Los Angeles, CA 90012

or such other address as the Court may in future direct.

2)  If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney's Office. 18 U.S.C. § 3613.

3)  The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

4)  The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

5)  Payments will be applied in the following order:

   a.   Special assessments under 18 U.S.C. § 3013;

   b.   Restitution, in this sequence (under 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):

      Non-federal victims (individual and corporate),

      Providers of compensation to non-federal victims,

4

Second Amended General Order No. 20-04

1                 The United States as victim;

2          c.    Fine;

3          d.    Community restitution, under 18 U.S.C. § 3663(c); and

4          e.    Other penalties and costs.

**III.   CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS**

1)   As directed by the Probation Officer, the defendant must provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

2)   When supervision begins, and at any time thereafter upon request of the Probation Officer, the defendant must produce to the Probation and Pretrial Services Office records of all bank or investments accounts to which the defendant has access, including any business or trust accounts. Thereafter, for the term of supervision, the defendant must notify and receive approval of the Probation Office in advance of opening a new account or modifying or closing an existing one, including adding or deleting signatories; changing the account number or name, address, or other identifying information affiliated with the account; or any other modification. If the Probation Office approves the new account, modification or closing, the defendant must give the Probation Officer all related account records within 10 days of opening, modifying or closing the account. The defendant must not direct or ask anyone else to open or maintain any account on the defendant's behalf.

5

Second Amended General Order No. 20-04

3)   The defendant must not transfer, sell, give away, or otherwise convey any
     asset with a fair market value in excess of $500 without approval of the
     Probation Officer until all financial obligations imposed by the Court have
     been satisfied in full.

This General Order will be effective upon filing by the Clerk.

IT IS SO ORDERED.

_____

CHIEF UNITED STATES DISTRICT JUDGE

Date of Approval by the Court:      December 1, 2020

Date of Filing by the Clerk:        December 1, 2020

6

| Victim Name | Amount of Loss |
|---|---|
| [Indecipherable Name] | $399.99 |
| [Indecipherable Name] | $499.99 |
| Aaron Simmons | $250.00 |
| Aaron Vineyard | $399.99 |
| Abigail Domeier | $199.99 |
| Aiko Kobayashi | $1,749.97 |
| Alan Hunter | $499.99 |
| Alex Foster | $799.98 |
| Alinka Niva | $899.98 |
| Allen Volmer | $1,399.98 |
| Andrea Kirsch | $199.00 |
| Andrew D. Masterson | $398.00 |
| Andrew Meli | $799.98 |
| Angela L. Holcomb | $88,322.41 |
| Anita Homan | $499.99 |
| Ann Adamo | $799.99 |
| Ann B. Waldrop | $399.99 |
| Ann Due | $399.99 |
| Ann Miller | $14,289.95 |
| Ann Raimonda | $599.99 |
| Anna Harms | $999.98 |
| Anna Hooks | $999.98 |
| Annie Mae Sherman | $399.99 |
| Anthony Fircano | $199.99 |
| Anthony Foltz | $599.99 |
| Antoinette Tellock | $3,399.93 |
| Arlita Jones | $250.00 |
| Audrey Zelley | $1,149.99 |
| Austin Moore | $1,099.98 |
| Axel S. Larsen | $3,095.97 |
| Barbara A. Lord | $399.99 |
| Barbara Adkins | $399.99 |
| Barbara A. Paino | $1,697.98 |
| Barbara Bonner | $150.00 |
| Barbara Devore | $499.99 |
| Barbara Fucci | $399.99 |
| Barbara Goux | $999.98 |
| Barbara Ingoldsby | $1,799.97 |
| Barbara Kenney | $899.00 |
| Barbara Kvasnik | $499.99 |
| Barbara Moore | $499.99 |
| Barbara Young | $499.99 |
| Barry Carter | $499.99 |

| | |
|---|---|
| Barry Lenkowsky | $999.98 |
| Beatrice Steeves | $1699.98 |
| Ben Litzinger | $1,099.98 |
| Benjamin Capps | $799.98 |
| Bernice Hilding | $1,399.98 |
| Bernice Wilk | $499.99 |
| Betty Bay | $500.00 |
| Betty Hiles | $250.00 |
| Betty Humphrey | $3,049.94 |
| Betty Rollins | $999.98 |
| Beverly Alleyn | $500.00 |
| Beverly G. Whitney | $1,299.97 |
| Beverly Stanford Jr. | $200.00 |
| Bleece Mcilvain | $399.99 |
| Bobby Colman | $399.99 |
| Bonnie Christensen | $899.98 |
| Bradley Nordin | $390.00 |
| Brenda Euler | $3,097.96 |
| Brenda Foster | $199.99 |
| Brenda Spruell | $299.99 |
| Brian Galipeau | $399.98 |
| Bruce Tryon | $4,599.94 |
| Bruce Wharton | $399.99 |
| Camelia Doney | $499.99 |
| Camille Taylor | $599.99 |
| Cari Zweibohmer | $399.99 |
| Carmine Moccio | $799.98 |
| Carol Bush | $899.98 |
| Carol Fay Smith | $998.99 |
| Carol Johnson | $250.00 |
| Carol McDonald | $499.99 |
| Carol Moker | $499.99 |
| Carol Moser | $299.99 |
| Carol Quintanar | $2,799.94 |
| Carol Steinburg | $199.00 |
| Carolyn A. Policha | $499.99 |
| Carolyn Lown | $399.99 |
| Carolyn Marie Hendricks | $999.98 |
| Carolyn Worthman | $399.99 |
| Carrol Celentano | $250.00 |
| Cathedral Kirkland | $399.99 |
| Catherine Budacki | $1,499.97 |
| Catherine Clement | $599.99 |
| Catherine Lowder | $299.99 |
| Catherine Swendson | $499.99 |

| | |
|---|---|
| Cathy Carl | $799.98 |
| Catino Gonzalez | $999.98 |
| Cecelia Deason | $1,399.98 |
| Cecilia Figueroa | $399.99 |
| Charles Binaghi | $399.99 |
| Charles Cumbow | $499.99 |
| Charles Horne | $890.00 |
| Charles Laughner | $1,599.97 |
| Charles Poey | $599.99 |
| Charles Quimby | $1,098.99 |
| Charles Stevens | $499.99 |
| Charlotte Lipner | $699.99 |
| Charlotte Walby | $799.98 |
| Cheryl Marsh | $1,499.97 |
| Christina Heinert | $999.98 |
| Christine McCollough | $399.99 |
| Christopher Branch | $399.99 |
| Christopher Lewis | $999.98 |
| Cindy Pundsack | $599.98 |
| Clarence Guidry | $399.99 |
| Claudia Spring | $399.99 |
| Clinton Haid | $100.00 |
| Clinton Willie | $399.98 |
| Corinne Coleman | $199.99 |
| Curtis Akins | $499.99 |
| Curtis Schultz | $399.99 |
| Cuyler Caldwell | $250.00 |
| Cynthia Kauffman | $2,099.96 |
| Cynthia Livers | $499.99 |
| Cynthia Saladin | $899.98 |
| Cynthia Womble | $2,399.97 |
| Dale Scott | $900.00 |
| Dan Wert | $399.99 |
| Daniel G. Doherty | $499.99 |
| Daniel Harms | $2,899.96 |
| Daniel Zajicek | $799.99 |
| Danny Downs | $499.99 |
| David Davis | $999.98 |
| David Finch | $1,299.97 |
| David Healy | $899.98 |
| David Kornoelje | $999.98 |
| David Lane | $799.99 |
| David McGorray | $1,799.97 |
| David Rundquist | $399.99 |
| David Sims | $250.00 |

| | |
|---|---|
| David Swafford | $1,099.98 |
| Dean Freese | $1,199.98 |
| Deena Thomas | $1,199.97 |
| Delores F. Mcclinton | $499.99 |
| Dennis Doherty | $5,799.94 |
| Dennis Wiggins | $899.98 |
| Diana Penny | $499.99 |
| Diane M. Schirmann | $3,499.93 |
| Dick Truax | $399.99 |
| Dixie Woodruff | $2,999.94 |
| DL Foster | $699.99 |
| Dolores Funderberk | $4,714.16 |
| Donna Allemand | $399.99 |
| Donna Colquitt | $899.99 |
| Donna Dunn | $999.97 |
| Donna Jones | $399.99 |
| Donna L. Jedele | $299.99 |
| Donna Richter | $699.99 |
| Donna Wellman | $199.99 |
| Doris King | $399.98 |
| Dorothy L. Rapert | $799.98 |
| Douglas E. Joas | $199.99 |
| Duncan R. Taylor | $499.99 |
| Earline Burrows | $1,399.98 |
| Edith Gardner | $399.00 |
| Edna Rego | $1,599.98 |
| Eduardo A. Morales | $250.00 |
| Edward A. Twele | $599.99 |
| Edward Eggers | $899.98 |
| Eileen Bradshaw | $499.99 |
| Elaine Chen | $599.99 |
| Elaine Kirby | $250.00 |
| Eleanor Ambrose | $250.00 |
| Eleanor Rawles | $2,299.95 |
| Elizabeth Karsner | $499.99 |
| Elizabeth Russet | $999.98 |
| Ella Powell | $299.99 |
| Elwin Gammel | $2,799.95 |
| Esteban Candaleria | $199.99 |
| Esther Mohler/Vickie Jones | $999.98 |
| Ethyl M. Moore | $899.98 |
| Etta Simpson | $1,049.99 |
| Eugene Albiani | $399.99 |
| Eugene Boyden | $3,299.96 |
| Eugene Plunkett | $7,789.89 |

| | |
|---|---|
| Eva Kadish | $299.99 |
| Evangeline Rinderknecht | $499.99 |
| Evelyn Binning | $250.00 |
| Evelyn Edmunds | $799.99 |
| Evelyn Kindle | $1,499.97 |
| Florence E. Williams | $499.99 |
| Florence Loveland | $499.99 |
| Francis Jervis | $5,899.94 |
| Frank Verducci | $349.99 |
| Fred Herbaugh | $399.99 |
| Fred Sciubba | $1,199.98 |
| Fred Sherlock | $199.00 |
| Gail Hoots | $250.00 |
| Gary Dale | $1,199.98 |
| Gary LeFebre | $899.99 |
| Gayle Jorgensen | $499.99 |
| Gene King | $399.99 |
| Gene Pinkerton | $799.98 |
| George Hicks | $399.99 |
| George Mathe | $599.99 |
| George McCollum | $3,699.96 |
| George McIntosh | $599.98 |
| Gerald Lawerence | $500.00 |
| Geraldine Landes | $999.98 |
| Geraldine McKeon | $299.99 |
| Gladys Etheridge | $499.99 |
| Gladys Roach | $999.98 |
| Glenda Weyerman | $399.98 |
| Gloria Taylor | $300.00 |
| Gloria W. Peterson | $299.99 |
| Guadelupe Esquivel | $399.99 |
| Gwendolyn Hopwood | $999.98 |
| Harlem Horton | $899.99 |
| Harold Ferren | Unknown |
| Harvey Kersten | $999.98 |
| Harvey Kessier | $1,499.97 |
| Harvey Koon | $3,199.96 |
| Heidi Hornstein | $1,099.98 |
| Helen Brouillard | $199.00 |
| Helen Jury | $250.00 |
| Helen Ross | $599.99 |
| Henrietta Evans | $250.00 |
| Herman Martin | $799.98 |
| Howard Evans | Unknown |
| Hubert Gebhardt | $399.99 |

| | |
|---|---|
| Idan Meir | $500.00 |
| Ima Nichols | $499.99 |
| Ina Turner | $499.99 |
| Inta Barribeau | $499.99 |
| Irene Bailey | $499.99 |
| Irene Luette | $399.99 |
| Irma Chester | $2,249.96 |
| Irma Leech | $499.99 |
| Jack Clare | $799.99 |
| Jack Cross | $1,699.97 |
| Jack Gordon | $699.98 |
| Jackie Sankey | $399.99 |
| James Burke | $250.00 |
| James M. Miller | $749.99 |
| James Morgan | $599.99 |
| James Murphy | $999.98 |
| James R. Holtman | $499.99 |
| Jan Butcher | $199.99 |
| Jane Alfonso | $250.00 |
| Jane B. Whiteside | $999.97 |
| Jane Lang | $3,949.95 |
| Jane M. Blair | $499.99 |
| Jane Whiteside | $1,799.96 |
| Janet Carter | $250.00 |
| Janet Medeiros | $999.99 |
| Janet Schirmers | $299.99 |
| Janice McKnight | $999.99 |
| Jacqueline Gooding | $2,198.97 |
| Jarret Vangorden | $499.99 |
| Jason Bala | $499.99 |
| Jay Koets | $699.99 |
| Jeanette Hovland | $499.99 |
| Jeanette Munn | $799.98 |
| Jeanette W. Weeks | $399.98 |
| Jeff Anderson | $649.99 |
| Jennifer Kulbacki | $599.99 |
| Jennifer Lackner | $499.99 |
| Jenny Brown | $299.99 |
| Jeremy Zins | $799.98 |
| Jerry C. Layne | $999.98 |
| Jerry Fujii | $1,999.98 |
| Jessica Auyeung | $1,099.98 |
| Jill Guida | $199.00 |
| Joan Flowers | $799.98 |
| Joan Sharpe | $2,199.95 |

| | |
|---|---|
| Joan Webb | $1,599.98 |
| Joann Mandella | $750.00 |
| Joanne Wend | $799.98 |
| Joe Cisneros | $1,399.99 |
| Joe Flynn | $2,799.97 |
| John Collings | $699.99 |
| John Froppe | $899.98 |
| John Greten | $1,499.98 |
| John Landes | $699.99 |
| John McDowell | $499.99 |
| Jooyce Lambert | $499.99 |
| Jorean Smith | $499.99 |
| Joseph Peck | $1,599.98 |
| Joseph R. Sullivan | $1,599.98 |
| Joseph Villarreal | $699.98 |
| Joseph Voller | $1,999.97 |
| Josephine A. Grainger | $500.00 |
| Josephine Jackson | $399.99 |
| Joun Froppe | $499.99 |
| Joyce D. Yaple | $799.97 |
| Joyce Hardison | $499.99 |
| Joyce L. Bates | $899.98 |
| Joyce Lambert | $499.99 |
| Juanita Beeler | $1,499.97 |
| Judith Jones | $150.00 |
| Judith A. Baffuna | $799.98 |
| Judith Dambacher | $399.99 |
| Judy Deutrich | $250.00 |
| Judy Simmons | $2,199.96 |
| Julie M. Woodbury | $199.99 |
| Julie Nielson | $199.99 |
| Justin Urban | $399.99 |
| Karen D. Foster | $1,999.96 |
| Karen Daunis | $399.99 |
| Karen J. White | $499.99 |
| Karen Nagengast | $1,499.96 |
| Karin Erickson | $990.00 |
| Karl Locke | $250.00 |
| Katherine Ballard | $250.00 |
| Katherine L. Allen | $299.99 |
| Katherine Scott | $499.99 |
| Katherine Swendsen | $999.98 |
| Katherine Yonally | $299.99 |
| Kathy Hansen | $299.99 |
| Katy Toda | $4,399.91 |

| | |
|---|---|
| Kay Maxime Busche | $299.99 |
| Ladean Kiser | $200.00 |
| Larell Neilsen | $499.99 |
| Larissa Heanssler | $2,799.95 |
| Larry Kobs | Unknown |
| Larry W Bowman | $499.99 |
| Latoya Jones | $1,099.98 |
| Laura Ballentyne | $2,989.98 |
| Laura Botelho | $2,399.97 |
| Laura Day | $798.00 |
| Laura Nelson | $299.99 |
| Lauretta Eastman | $399.99 |
| Lawrence Cadieux | $399.99 |
| Lawrence Woodward | $3,799.96 |
| Leona Marra | $500.00 |
| Leslie Horn-Brenman | $1,499.95 |
| Lewis C. Tannich | $499.99 |
| Lewis Douglas | $500.00 |
| Lila Miche | $500.00 |
| Lilian Dropik | $749.99 |
| Linda Chilcote | $399.99 |
| Linda Helston | $250.00 |
| Linda Kranmas | $699.99 |
| Linda Steele | $499.99 |
| Linda Lovell | $399.98 |
| Linda Ramous | $1,199.96 |
| Linda Scherer | $799.98 |
| Lisa McComb | $499.99 |
| Lisa Shurle | $1,399.97 |
| Lisa Talley | $1,899.96 |
| Liz McLaughlin | $250.00 |
| Lois Bauderman | $250.00 |
| Lois Kurtz | $250.00 |
| Lonnie K. Kindle | $1,699.97 |
| Loretta Jones | $200.00 |
| Lorraine Gaugler | $399.99 |
| Lorraine Smith | $250.00 |
| Lorraine Williams | $899.98 |
| Louis Deffaa | $398.00 |
| Louis Williams | $399.99 |
| Louise Decourcey | $499.99 |
| Lucile Cochran | $599.99 |
| Lucy Murphy | $199.99 |
| Lyn Baker | $299.99 |
| Lynette Ripp | $299.99 |

| | |
|---|---|
| Lynn Cluff | $250.00 |
| Lynn Patch | $1,199.98 |
| Maey Melzer | $399.99 |
| Magdelin M Howard | $699.98 |
| Majori Boekenoogen | $799.98 |
| Mamie Myrick | $250.00 |
| Manuell Yanes | $499.99 |
| Marcia Hughes | $1,799.98 |
| Margaret Clair | $200.00 |
| Margaret Gasparich | $399.99 |
| Margaret Kirkpatrick | $499.99 |
| Margaret Santos | $499.99 |
| Margaret Smith | $499.99 |
| Margaret V. Embrey | $799.98 |
| Margaret V. Howard | $399.98 |
| Margaret Van Damm | $500.00 |
| Margi Hancock | $269.50 |
| Marianne Smith | $499.99 |
| Marie Bortone | $499.99 |
| Marie Osgood | $599.95 |
| Marilyn Westrum | $699.99 |
| Marilyn Wheeler | $499.99 |
| Marinda Smith | $500.00 |
| Marion Balceszak | $1,799.98 |
| Marjan Hoffman | $499.99 |
| Marjee Balite | $399.99 |
| Mark Jones | $2,999.97 |
| Mark Malachi | $399.99 |
| Mark Matarese | $499.99 |
| Mark and Sheila Rosenthal | $3,549.95 |
| Mark Streber | $499.99 |
| Marla Honekman | $399.99 |
| Marlania Kiner | $499.99 |
| Marlyce Dixon | $500.00 |
| Martha Oliphant | $699.99 |
| Martin E. Godfrey | $299.99 |
| Mary Alice Reed | $699.99 |
| Mary Ann Gala | $250.00 |
| Mary Ann Garten | $999.98 |
| Mary Ann Stumpfol | $2,614.18 |
| Mary Ann Taylor | $3,899.96 |
| Mary Banta | $699.99 |
| Mary Bartosz | $499.99 |
| Mary Birchler | $849.99 |
| Mary C. Christianson | $499.99 |

| | |
|---|---|
| Mary Castello | $500.00 |
| Mary Cotton | $899.99 |
| Mary E. Beckert | $399.99 |
| Mary E. Garcia | $499.99 |
| Mary Green | $399.99 |
| Mary J. Huffman | $499.99 |
| Mary Jaskowiak | $2,199.96 |
| Mary K. Marven | $399.99 |
| Mary Linden | $399.99 |
| Mary Lou Zock | $1,599.98 |
| Mary M Drabek | $199.99 |
| Mary Marvin | $799.98 |
| Mary McGill | $1,249.98 |
| Mary Melzer | $1,498.98 |
| Mary Sparrow | $399.99 |
| Mary Theroux-Keller | $1,499.97 |
| Mary Yoder | $299.99 |
| Mary Zock | $599.99 |
| Marybeth Weber | $899.98 |
| Marylin Westrum | $899.99 |
| Matthew Buza | $799.98 |
| Mavis G. Brandner | $1,298.97 |
| Max Haggans | $399.99 |
| Maxime Hieb | $399.99 |
| Maxine Bruce | $1,999.97 |
| Maxine Busche | $399.99 |
| Melanie Bibb | $699.99 |
| Melinda Garrett | $1,249.97 |
| Melvina Ovah | $399.99 |
| Michael Burch | $200.00 |
| Michael Dvorovy | $999.98 |
| Michael Proctor | $799.99 |
| Michael S Smith | $999.98 |
| Michael Tatham | $899.98 |
| Mike Mickelsen | $499.99 |
| Mildred French | $700.00 |
| Mildred Witt | $3,799.95 |
| Miles Smith | $1,899.95 |
| Myrna C. Massey | $499.99 |
| Nancy Diseker | $599.99 |
| Nancy Harlowe | $500.00 |
| Nancy Lovell | $1,899.98 |
| Nancy Reed | $100.00 |
| Nancy Renken | $133.33 |
| Nancy Williams | $399.99 |

| | |
|---|---|
| Neil Wetzler | $1,699.97 |
| Neila Jones | $1,499.98 |
| Nellie R. Jordon | $499.00 |
| Neva L. Janssen | $1,199.97 |
| Nila Harshbarger | $499.99 |
| Nola Jean Ferguson | $499.99 |
| Norita Terry | $799.98 |
| Norman Brooks | $499.99 |
| Norma Clark | $499.99 |
| Norman N Robinson | $1,049.99 |
| Ozie Whitaker | $599.99 |
| Pamela K. Jeanes | $3,447.95 |
| Pamela Lawson | $399.99 |
| Pamela Pigoni | $1,799.98 |
| Pat A. McKinley | $999.98 |
| Pat Trowbridge | $250.00 |
| Patricia A. Wertz | $499.99 |
| Patricia Cabral | $499.99 |
| Patricia Clanton | $599.98 |
| Patricia Gauger | $250.00 |
| Patricia Hansen | $250.00 |
| Patricia Krumenacker | $999.98 |
| Patricia McKinley | $2,589.98 |
| Patricia N Weiger | $999.98 |
| Patricia Ozment | $1,249.98 |
| Patrick Landry | $1,099.97 |
| Patrick Lee | $299.99 |
| Patrick W. Cassidy | $399.00 |
| Paul C. Smith | $549.99 |
| Paul Heiberg | $499.99 |
| Paul Mcalister | $499.99 |
| Peggy Beaty | $2,049.95 |
| Peter A. Kult | $599.99 |
| Peter Kavaloski | $999.99 |
| Phillip Crain | $499.99 |
| Phyliss Moore | $250.00 |
| Phyllis Finnell | $4,099.91 |
| Rachael Karlsburg | $250.00 |
| Raymond Arnold Jr. | $599.99 |
| Reba Richardson | $1,299.98 |
| Rebecca Lawson | $799.98 |
| Rene Butler | $899.99 |
| Renee Worthington | $699.99 |
| Richard A. Schaeffer | $250.00 |
| Richard Coleman | $1,499.97 |

| | |
|---|---|
| Richard Dennis | $899.98 |
| Richard Herring | $300.00 |
| Richard J. Roberts Jr. | $499.99 |
| Richard MacDougall | $2,899.96 |
| Richard Mays | $699.98 |
| Richard McKinley | $999.99 |
| Richard Myers | $500.00 |
| Richard P. Burns | $749.99 |
| Richard S. Dennis | $499.99 |
| Richard Whiteside | Unknown |
| Richard Wiszowaty | $3999.96 |
| Rick A.. Phelps | $199.00 |
| Rita Frey | $499.99 |
| Rita Thorton | $199.00 |
| Robert Doerr | $799.98 |
| Robert E Rolli | $899.99 |
| Robert Horne | $4,199.94 |
| Robert Marshall | $399.99 |
| Robert McMullen | $1,199.98 |
| Robert Meigs | $37,183.73 |
| Robert Platt | $999.99 |
| Robert S Ridgeway | $499.99 |
| Roger Kent | $999.98 |
| Ronald L Schneider | $1,599.97 |
| Ronald Stall | $4,199.94 |
| Rose Iacobelli | $250.00 |
| Rose Russo | $599.99 |
| Rose Spruill | $2,699.93 |
| Rosemary Jones | $500.00 |
| Rosemary Stefanich | $1,899.96 |
| Rosetta Clemos | $199.99 |
| Rosiland Brown | $499.99 |
| Roxanne Randall | $499.99 |
| Roy Lafrancois | $499.99 |
| Ruby L. Carl | $1,399.98 |
| Russel Riley | $199.98 |
| Ruth Desantis | $399.00 |
| Ruth Kaiser | $899.99 |
| Ryan Hicks | $2,749.95 |
| Sandra C. Waggoner | $3,898.93 |
| Sandra L Heitzman | $199.00 |
| Sara Harper | $399.99 |
| Selina A. Christensen | $1,299.97 |
| Sharon Calvin | $399.99 |
| Sharon Knowles | $500.00 |

| | |
|---|---|
| Sharon Maragon | $500.00 |
| Sharon Marquardt | $399.99 |
| Sharon Naragon | $499.99 |
| Sharon Oderkirk | $499.99 |
| Sharon Prifogle | $4,399.94 |
| Sharon Steffanella | $599.98 |
| Sharon Swerdi | $3,899.96 |
| Shawn Marquardt | $1,999.98 |
| Sheil Stephenson | $250.00 |
| Shelah Bradshaw | $1,899.97 |
| Sheldon Dinerman | $499.99 |
| Sheri Morfitt | $899.99 |
| Sherilyn Baker | $299.99 |
| Sherry Argo | $499.99 |
| Shirley I. Johnson | $1,033.31 |
| Shirley J. Prater | $599.98 |
| Shirley Smith | $300.00 |
| Shirley Stubblefield | $499.99 |
| Siah Gregory | $299.99 |
| Sidney Husted | $250.00 |
| Stella Estrada | $399.99 |
| Stephen Preston | $1,199.98 |
| Steve Michael Braun | $7,257.61 |
| Steven A. Hunt | $699.98 |
| Steven Guidrey | $499.99 |
| Steven Shoester | $200.00 |
| Susan Bulin | $999.99 |
| Susan M. Snyder | $299.99 |
| Susan Mcchesney | $399.99 |
| Suzanne Blackwell | $499.99 |
| Sydney Husted | $250.00 |
| Sylvia B. Mcafee | $2,499.96 |
| Tammy Demann | $1,399.97 |
| Teresa Byant | $499.99 |
| Terri Fuller | $2,199.96 |
| Theodore Kraws | $790.00 |
| Theodore Muth | $1,199.98 |
| Therese McGuire | $399.99 |
| Thomas Furst | $499.99 |
| Thomas Hardgrove | $699.99 |
| Thomas Leavitt | $148,843.34 |
| Thomas Lochard | $1,499.98 |
| Thomas Whitehouse | $799.99 |
| Tim Coates | $199.99 |
| Tobey Finkel | $3,299.95 |

| | |
|---|---|
| Tracy Barbary | $499.99 |
| Travis McCracken | $2,299.97 |
| Trudi Nitschke | $399.99 |
| Vickie Utsler | $500.00 |
| Vicky McKenna | $399.99 |
| Victoria K. Julson | $2,698.95 |
| Vincent Antonette | $1,249.98 |
| Vincent Rogers | $1,399.98 |
| Violetta Ibarra | $1,199.98 |
| Virginia Newman | $1,199.98 |
| Vivian Goetz | $799.99 |
| W. David Ward | $699.99 |
| Wanda Eller | $199.00 |
| Wanda Gammel | $999.98 |
| Wanna Arnold | $699.99 |
| Warren Harris | $499.99 |
| Wendy Shrigley | $500.00 |
| Whitley Laverne | $200.00 |
| Wilbur Ford | $999.99 |
| William Bagwell | $499.99 |
| William Bondurant | $799.98 |
| William Gutch | $699.99 |
| William Jones | $250.00 |
| William Pleasant | $399.99 |
| William Purcell | $999.99 |
| William T. Fuller, Jr. | $399.99 |
| William Wolfe | $798.00 |
| Wilma Bagwell | $699.99 |
| Wilma J. Heitman | $1,499.97 |
| Wilma Mailander | $899.98 |
| Zachary Hefner | $899.99 |
| **TOTAL** | **$850,843.22** |